

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THOMAS POULTON, | § | No. 08-15-00170-CV |
| Appellant, | § | Appeal from |
| v. | § | 120th District Court |
| VERA BARBOSA, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2014-DCV-2757) |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a joint motion to dismiss the appeal because the parties have resolved the dispute. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d)("Absent agreement of the parties, the court will tax costs against the appellant.").

April 22, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.